# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. ELLINGTON, SR.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>California Dept. of Corr. and Rehab., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-07364-CBM-SSC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

As the Court has been notified that Plaintiff is deceased (ECF 98), and as no successor or representative of Plaintiff has moved for substitution within 90 days of service of the notice of death (ECF 101), IT IS HEREBY ORDERED that this action is dismissed without prejudice. *See* Fed. R. Civ. P. 25(a)(1).

IT IS SO ORDERED.

Dated: December 27, 2024

　　　　　　　　　　　HONORABLE CONSUELO B. MARSHALL
　　　　　　　　　　　United States District Judge

Presented by:

STEPHANIE S. CHRISTENSEN
United States Magistrate Judge